1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                      CENTRAL DISTRICT OF CALIFORNIA
10
CECIL EVERETT,                    )      Case No. EDCV 07-983-SVW  (OP)
11                                )
                                  )      ORDER ADOPTING FINDINGS,
12            Petitioner,         )      CONCLUSIONS, AND
                                  )      RECOMMENDATIONS OF
13     vs.                        )      UNITED STATES MAGISTRATE
                                  )      JUDGE
14  LARRY E. SCRIBNER, Warden,    )
                                  )
15                                )
            Respondent.           )
16  _____)

17
       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the
18
records and files herein, and the Report and Recommendation of the United States
19
Magistrate Judge.  The Court concurs with and adopts the findings, conclusions, and
20
recommendations of the Magistrate Judge.
21
/ / /
22
/ / /
23
/ / /
24
25
26
27
28

IT IS ORDERED that Judgment be entered:   (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 09/30/10 _____

HONORABLE STEPHEN V. WILSON
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge