1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CECIL EVERETT, | ) | EDCV 07-983 SVW (OP) |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS, |
| | ) | CONCLUSIONS AND |
| v. | ) | RECOMMENDATIONS OF UNITED |
| | ) | STATES MAGISTRATE JUDGE |
| LARRY E. SCRIBNER, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

16
17
18
19
20

The Magistrate's Report and Recommendation accurately addresses Petitioner's claims for federal habeas corpus relief. The Court writes separately to emphasize that it is deferring to the California Court of Appeal's reasoned decision denying Petitioner's state habeas petition.

21
22
23
24
25
26
27
28

In order to show prejudice from counsel's failure to produce evidence, Petitioner must demonstrate that the evidence exists. See Dows v. Wood, 211 F.3d 480, 486 (9th Cir. 2000) ("[T]here is no evidence in the record that this witness actually exists, other than from Dows's self-serving affidavit. Moreover, Dows provides no evidence that the witness would have provided helpful testimony for the defense – i.e., Dows has not presented an affidavit from this alleged witness.") Petitioner has not demonstrated that the surveillance video

exists or ever did exist. Additionally, Petitioner has not shown that the video, even if it did exist, would have helped him. Other than his own assertion, there is nothing to support the conclusion that the video would have conclusively shown he was never in the store.

The state court found that Petitioner could not adduce any evidence that the allegedly exculpatory videotape existed and that he therefore was not deprived of effective assistance of counsel. The state court's decision is neither an unreasonable application of clearly established Federal law nor an unreasonable determination of the facts. Therefore, federal habeas corpus relief is not appropriate.

Pursuant to 28 U.S.C. § 636, the Court has examined the Petition, all the records and files herein, the Magistrate Judge's Report and Recommendation, and the Objections to the Report and Recommendation. Having made a _de novo_ determination of the portions of the Report and Recommendation to which the Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge.

Accordingly, IT IS ORDERED that Judgment shall be entered dismissing the action with prejudice, and the Clerk shall serve copies of this Order and the Judgment herein on the parties.

IT IS SO ORDERED.

DATED: 9/30/10

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE